# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 26, 2017

### NO. 03-17-00273-CV

**Daniel J. Caldwell, Appellant**

**v.**

**Jennifer E. Zimmerman, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on April 4, 2017. Having reviewed

the record and the parties' arguments, the Court holds that there was no reversible error in the

judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent

and unable to pay costs, no adjudication of costs is made.